IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

COAST PRODUCTS, LLC,

    Plaintiff,

vs.                                     CASE NO.: 5:14-cv-132-RS-CJK

BP EXPLORATION & PRODUCTS INC.;
BP AMERICA PRODUCTION COMPANY;
BP P.L.C.; and BEACH COMPLEX, LLC,

    Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

Defendant, BEACH COMPLEX, LLC, shows that Defendant has filed a petition for relief under Title 11 United States Code, in the United States Bankruptcy Court for the Northern District of Florida that has been assigned case number 15-50053 and relief was ordered on February 16, 2015 and suggests that this action has been stayed by the operation of Title 11 U.S.C. §362.

VON HOENE LAW FIRM, PLLC

/s/Susan Von Hoene
SUSAN VON HOENE, ESQ.
Florida Bar No. 0732982
P. O. Box 1527
Santa Rosa Beach, FL 32459
Tel: 850-622-4038
Fax: 850-622-4039
*susan@vonhoenelawfirm.com*
*christina@vonhoenelawfirm.com*

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 17th day of February, 2015, via CM/ECF, which will send a copy of this filing via electronic mail to all attorneys of record.

/s/Susan Von Hoene
SUSAN VON HOENE